

# CHRIS DANIEL  01-14-01034-CR

### HARRIS COUNTY DISTRICT CLERK

December 24, 2014

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 10:44:32 AM
CHRISTOPHER A. PRINE
Clerk

BRIAN MARCUS MIDDLETON
ATTORNEY OF RECORD
7322 SW FRWY., SUITE 1980
HOUSTON, TX 77074-7004

Defendant's Name: TELLY J. SMITH

Cause No: 1413462

Court: 230TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 12/22/2014
**Sentence Imposed Date:** 12/22/2014
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** BRIAN MARCUS MIDDLETON

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TRISH MATTHEWS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. **141346 2**

## THE STATE OF TEXAS

*Telly Smith* V. , A/K/A/ _____

**230** District Court / County Criminal Court at Law No. _____

## Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On _**Telly Smith**_ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

_**12-22**_
**Date**

_**Telly Smith**_
**Defendant (Printed name)**

**FILED**
Chris Daniel
District Clerk

DEC 2 2 2014
Time: 10:22:14
Harris County, Texas

By_____
Deputy

**Attorney (Signature)** _Monica G_

**Attorney (Printed name)** _Monica Gonzales_

**State Bar Number** _00788802_

**Address** _1201 Franklin St, 13th_

**Telephone Number** _(713) 368-0016_

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _Telly Smith_
**Defendant (Signature)**

_Telly Smith_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _12/22/14_

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On **DEC 2 2 2014** _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☒ **IS** indigent for the purpose of

☐ employing counsel

☐ paying for a clerk's and court reporter's record.

☒ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☒ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☒ Defendant's / appellant's motion is **GRANTED** and

☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☒ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: _____ **DEC 2 2 2014.** _____

_____
JUDGE PRESIDING,
____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1413462

THE STATE OF TEXAS

v.

TRACY SMITH , Defendant

IN THE 230 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW No. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

OCT 17 2014   10.17.14

_____      _____
Judge                     Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____      _____
Defendant                 Defendant's Counsel

Mailing Address: _____   State Bar of Texas ID number: 0078880

**FILED**
Chris Daniel
District Clerk
OCT 17 2014
Time: _____
Harris County, Texas
By _____
Deputy

Telephone number: _____   Mailing Address: 1201 Frankli.

Fax number (if any): _____   Telephone number: (713) 368-0016

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

Due: 2-20-15    1st

Court **A30**    Cause No. **1473402**

### The State of Texas

Smith, Telly
Vs

Date Notice
Of Appeal: 12.22.14   12/22/14

Presentation:    Vol.____ Pg._____

Judgment:    Vol.____ Pg._____

Judge Presiding _Brad Hart_
Court Reporter _Trish Matthews_
Court Reporter_____
Court Reporter_____

Attorney
on Trial _Monica Gonzalez_

Attorney
on Appeal _to be determined_

Appointed _X_ Hired_____

Offense _Aggregate Theft $200,000_

Jury Trial:    Yes_____ No _X_

Punishment
Assessed _65 YRS TDCJ / $10K fine_

Companion Cases
(If Known) _n/a  1288273_

Amount of
Appeal Bond _0_

Appellant
Confined:    Yes _X_ No_____

Date Submitted
To Appeal Section _12/22/14_

Deputy Clerk _A. Sanchez_

99X